UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN H. SEDELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, ACORDIA OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, DAVID J. ZUERCHER, an individual, H. DAVID WOOD, an individual, BRIAN M. HETHERINGTON, an individual, SAMUEL L. JONES III, MARK W. STOKES, an individual PAMELA HENDRICKS, an individual, AND does 1-100, inclusive,<br><br>　　　　Defendants. | Case No:  C 10-04043 SBA<br><br>**ORDER DENYING EX PARTE MOTION TO EXTEND THE MOTION CUT-OFF DATE**<br><br>Dkt. 20. |

　　　Before the Court is an ex parte motion to extend the motion cut-off date brought by Defendants Wells Fargo of California Insurance Services, Inc., H. David Wood, Brian M. Hetherington, Samuel L. Jones III, Mark W. Stokes, and Pamela Hendricks (collectively "Defendants").  Dkt. 20.  Defendants request that the motion cut-off date be extended until April 17, 2012, so that Defendants' motion for summary judgment can be heard on the Court's first available date for hearing this motion.  Having read and considered the papers submitted in connection with this matter, and being fully informed, the Court hereby DENIES the motion.

　　　Although Defendants failed to provide the required 35 days notice, the motion for summary judgment filed by Defendants on December 22, 2011 will be heard on January 24,

1  2012 at 1:00 p.m.  Plaintiff's opposition is due no later than January 5, 2012.  Defendants'
2  reply is due no later than January 10, 2012.  This Order does not affect any of the remaining
3  deadlines established by this Court's August 30, 2011 Case Management Scheduling Order.
4  Dkt. 19.
5      IT IS SO ORDERED.
6  Dated: 12/27/11

                                                        _____
SAUNDRA BROWN ARMSTRONG
United States District Judge