ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
BALDWIN J. LEE (BAR NO. 187413)
ALEXANDER NESTOR (BAR NO. 202795)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
         anestor@allenmatkins.com

Attorneys for Defendants
WELLS FARGO INSURANCE SERVICES USA, INC.,
H. DAVID WOOD, BRIAN M. HETHERINGTON,
SAMUEL L. JONES III, MARK W. STOKES, and
PAMELA HENDRICKS

STEVEN D. ZAVODNICK (BAR NO. 135419)
900 East Hamilton Ave., Suite 100
Campbell, CA 95008
Mailing Address:
P.O. Box 33247
Los Gatos, CA 95031
Phone: (408) 399-3100
Fax: (408) 384-5002

Attorneys for Plaintiff
STEVEN H. SEDELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| STEVEN H. SEDELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, ACORDIA OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, DAVID J. ZUERCHER, an individual, H. DAVID WOOD, an individual, BRIAN M. HETHERINGTON, an individual, SAMUEL L. JONES III, MARK W. STOKES, an individual PAMELA HENDRICKS, an individual, AND does 1-100, inclusive,<br><br>    Defendants. | Case No. CV-10-04043 SBA (LB)<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE HEARING DATE** |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

819661.01/SF

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [PROPOSED] ORDER
TO CONTINUE MSC HEARING DATE

## JOINT STIPULATION

Plaintiff STEVEN H. SEDELL ("Plaintiff") and Defendants WELLS FARGO INSURANCE SERVICES USA, INC., H. DAVID WOOD, BRIAN M. HETHERINGTON, SAMUEL L. JONES III, MARK W. STOKES, and PAMELA HENDRICKS (collectively, "Defendants") stipulate, as follows:

WHEREAS, Judge Armstrong's February 28, 2011, Order for Pretrial Preparation (Dkt. 14) required the parties to participate in a mandatory settlement conference during either January or February 2012;

WHEREAS, this Court's March 7, 2011, Notice and Order Regarding Settlement Conference scheduled the parties for a settlement conference on January 11, 2012, at 9:30 a.m.;

WHEREAS, Judge Armstrong's August 30, 2011, Order (Dkt. 19) extended various deadlines in this action, pursuant to the parties' joint stipulation (Dkt. 18), including that the mandatory settlement conference should take place between January 24, 2012 (law and motion cut-off date) and April 10, 2012;

WHEREAS, Defendants' summary judgment motion is scheduled for hearing on January 24, 2012;

THEREFORE, the parties stipulate and respectfully request that this Court continue the mandatory settlement conference currently scheduled on January 11, 2012, to one of the three following available dates on the Court's publicly-available calendar:

March 7, 2012

March 14, 2012

March 15, 2012

///

///

///

///

///

///

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

819661.01/SF

-2-

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [PROPOSED] ORDER
TO CONTINUE MSC HEARING DATE

| | |
|---|---|
| 1 | IT IS SO STIPULATED THROUGH COUNSEL OF RECORD. |

Dated: January 5, 2012

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:    /s/ *Alexander Nestor*
ALEXANDER NESTOR
Attorneys for Defendants
WELLS FARGO INSURANCE SERVICES
USA, INC., H. DAVID WOOD, BRIAN M.
HETHERINGTON, SAMUEL L. JONES
III, MARK W. STOKES, and PAMELA
HENDRICKS

Dated: January 5, 2012

By:    /s/ *Steven D. Zavodnick*
STEVEN D. ZAVODNICK
Attorney for Plaintiff
STEVEN H. SEDELL

---

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

819661.01/SF

-3-

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [~~PROPOSED~~] ORDER
TO CONTINUE MSC HEARING DATE

1 **ORDER**

2    Pursuant to the parties' Joint Stipulation, and Good Cause appearing therefor, the Court

3 hereby orders that the settlement conference scheduled for January 11, 2012, is continued to

4 March 14 , 2012:   at 9:30 a.m. before Magistrate Judge Laurel Beeler. The Notice and Order
                    Setting the Settlement Conference on March 7, 2011, Docket No. 15
5                   remains in affect.

6    **IT IS SO ORDERED**.

7

8 Dated: January 9, 2012                    _____
                                            HON. LAUREL BEELER
9

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

819661.01/SF

-4-

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [PROPOSED] ORDER
TO CONTINUE MSC HEARING DATE