STEVEN D. ZAVODNICK (BAR NO. 135419)
900 East Hamilton Ave., Suite 100
Campbell, CA  95008
Mailing Address:
P.O. Box 332247
Los Gatos, CA  95031
Phone:  (408) 399-3100
Fax:  (408) 384-5002

Attorneys for Plaintiff
STEVEN H. SEDELL


ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
BALDWIN J. LEE (BAR NO. 187413)
ALEXANDER NESTOR (BAR NO. 202795)
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  blee@allenmatkins.com
         anestor@allenmatkins.com

Attorneys for Defendants
WELLS FARGO INSURANCE SERVICES USA, INC.,
H. DAVID WOOD, BRIAN M. HETHERINGTON,
SAMUEL L. JONES III, MARK W. STOKES, and
PAMELA HENDRICKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| STEVEN H. SEDELL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, ACORDIA OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, DAVID J. ZUERCHER, an individual, H. DAVID WOOD, an individual, BRIAN M. HETHERINGTON, an individual, SAMUEL L. JONES III, MARK W. STOKES, an individual PAMELA HENDRICKS, an individual, AND does 1-100, inclusive,<br><br>Defendants. | **Case No. CV-10-04043 SBA**<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' SUMMARY JUDGMENT MOTION** |

1    Plaintiff STEVEN H. SEDELL ("Plaintiff") and Defendants WELLS FARGO
2 INSURANCE SERVICES USA, INC., H. DAVID WOOD, BRIAN M. HETHERINGTON,
3 SAMUEL L. JONES III, MARK W. STOKES, and PAMELA HENDRICKS (collectively,
4 "Defendants") stipulate, as follows:
5    WHEREAS, Defendants' summary judgment motion currently is scheduled for hearing on
6 January 24, 2012;
7    WHEREAS, Plaintiff's counsel, Steven D. Zavodnick, is previously scheduled to be out of
8 state on the summary judgment hearing date of January 24, 2012, from January 19 through
9 February 5, 2012, is further scheduled for trial in Placer County Superior Court the week of
10 February 6 through 10, 2012, and is further scheduled to be out of state from February 17 through
11 26, 2012;
12    THEREFORE, Plaintiff respectfully requests that this Court continue Defendants'
13 summary judgment motion hearing, currently scheduled on January 24, 2012, to February 28,
14 2012, with Plaintiff's opposition papers due on February 9, 2012 and Defendants reply papers due
15 on February 14, 2012, which request Defendants do not oppose.
16    IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.
17
Dated: January 5, 2012
18
19
                                    By:   /s/ *Steven D. Zavodnick*
20                                        STEVEN D. ZAVODNICK
                                          Attorney for Plaintiff
21                                        STEVEN H. SEDELL

22 Dated: January 5, 2012          ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP
23

24
                                    By:   /s/ *Alexander Nestor*
25                                        ALEXANDER NESTOR
                                          Attorneys for Defendants
26                                        WELLS FARGO INSURANCE SERVICES
                                          USA, INC., H. DAVID WOOD, BRIAN M.
27                                        HETHERINGTON, SAMUEL L. JONES
                                          III, MARK W. STOKES, and PAMELA
28                                        HENDRICKS

## ORDER

Pursuant to the Stipulation above, and Good Cause appearing therefor, the Court hereby orders that Defendants' Motion for Summary Judgment hearing be continued to February 28, 2012, with Plaintiff's opposition papers due on February 9, 2012, and Defendants reply papers due on February 14, 2012.

**IT IS SO ORDERED**.

Dated: 2/17/12

_____
HON. SAUNDRA B. ARMSTRONG