ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
BALDWIN J. LEE (BAR NO. 187413)
ALEXANDER NESTOR (BAR NO. 202795)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
       anestor@allenmatkins.com

Attorneys for Defendants
WELLS FARGO INSURANCE SERVICES USA, INC.,
H. DAVID WOOD, BRIAN M. HETHERINGTON,
SAMUEL L. JONES III, MARK W. STOKES, and
PAMELA HENDRICKS

STEVEN D. ZAVODNICK (BAR NO. 135419)
900 East Hamilton Ave., Suite 100
Campbell, CA 95008
Mailing Address:
P.O. Box 33247
Los Gatos, CA 95031
Phone: (408) 399-3100
Fax: (408) 384-5002

Attorneys for Plaintiff
STEVEN H. SEDELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| STEVEN H. SEDELL,<br><br>      Plaintiff,<br><br>  vs.<br><br>WELLS FARGO OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, ACORDIA OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, DAVID J. ZUERCHER, an individual, H. DAVID WOOD, an individual, BRIAN M. HETHERINGTON, an individual, SAMUEL L. JONES III, MARK W. STOKES, an individual PAMELA HENDRICKS, an individual, AND does 1-100, inclusive,<br><br>      Defendants. | Case No. CV-10-04043 SBA<br><br>**PARTIES' JOINT STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE HEARING DATE** |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

819661.01/SF

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [PROPOSED] ORDER
TO CONTINUE MSC HEARING DATE

**JOINT STIPULATION**

Plaintiff STEVEN H. SEDELL ("Plaintiff") and Defendants WELLS FARGO INSURANCE SERVICES USA, INC., H. DAVID WOOD, BRIAN M. HETHERINGTON, SAMUEL L. JONES III, MARK W. STOKES, and PAMELA HENDRICKS (collectively, "Defendants") stipulate, as follows:

WHEREAS, Defendants' summary judgment motion was set for hearing on February 28, 2012;

WHEREAS, Judge Armstrong has taken the summary judgment motion under submission;

WHEREAS, the parties believe that the resolution of Defendants' summary judgment motion would affect substantially the parties' settlement positions;

THEREFORE, the parties stipulate and respectfully request that this Court continue the mandatory settlement conference to May 4, 2012.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: March 15, 2012

By: /s/ Steven D. Zavodnick
STEVEN D. ZAVODNICK
Attorney for Plaintiff

Dated: March 15, 2012       ALLEN MATKINS LECK GAMBLE
                             MALLORY & NATSIS LLP

By: /s/ Baldwin J. Lee
BALDWIN J. LEE
ALEXANDER NESTOR
Attorneys for Defendants

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

819661.01/SF

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [PROPOSED] ORDER
TO CONTINUE MSC HEARING DATE

-2-

**ORDER**

Pursuant to the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT the parties last date by which they may complete a mandatory settlement conference is **May 31, 2012**.

IT IS SO ORDERED.

Dated: 3/19/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

819661.01/SF

-3-

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [PROPOSED] ORDER
TO CONTINUE MSC HEARING DATE