ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
BALDWIN J. LEE (BAR NO. 187413)
ALEXANDER NESTOR (BAR NO. 202795)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
        anestor@allenmatkins.com

Attorneys for Defendants
WELLS FARGO INSURANCE SERVICES USA, INC.,
H. DAVID WOOD, BRIAN M. HETHERINGTON,
SAMUEL L. JONES III, MARK W. STOKES, and
PAMELA HENDRICKS

STEVEN D. ZAVODNICK (BAR NO. 135419)
900 East Hamilton Ave., Suite 100
Campbell, CA 95008
Mailing Address:
P.O. Box 33247
Los Gatos, CA 95031
Phone: (408) 399-3100
Fax: (408) 384-5002

Attorneys for Plaintiff
STEVEN H. SEDELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| STEVEN H. SEDELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, ACORDIA OF CALIFORNIA INSURANCE SERVICES, INC., a California Corporation, DAVID J. ZUERCHER, an individual, H. DAVID WOOD, an individual, BRIAN M. HETHERINGTON, an individual, SAMUEL L. JONES III, MARK W. STOKES, an individual PAMELA HENDRICKS, an individual, AND does 1-100, inclusive,<br><br>　　　　Defendants. | Case No. CV-10-04043 SBA (LB)<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE HEARING DATE** |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

819661.01/SF

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [PROPOSED] ORDER
TO CONTINUE MSC HEARING DATE

## JOINT STIPULATION

Plaintiff STEVEN H. SEDELL ("Plaintiff") and Defendants WELLS FARGO INSURANCE SERVICES USA, INC., H. DAVID WOOD, BRIAN M. HETHERINGTON, SAMUEL L. JONES III, MARK W. STOKES, and PAMELA HENDRICKS (collectively, "Defendants") stipulate, as follows:

WHEREAS, Defendants' summary judgment motion was set for hearing on February 28, 2012;

WHEREAS, Judge Armstrong has taken the summary judgment motion under submission;

WHEREAS, the parties believe that the resolution of Defendants' summary judgment motion would affect substantially the parties' settlement positions;

THEREFORE, the parties stipulate and respectfully request that this Court continue the mandatory settlement conference currently scheduled on March 14, 2012, to April 27, 2012.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: March 9, 2012

By: /s/ Steven D. Zavodnick
STEVEN D. ZAVODNICK
Attorney for Plaintiff

Dated: March 9, 2012         ALLEN MATKINS LECK GAMBLE
                             MALLORY & NATSIS LLP

By: /s/ Baldwin J. Lee
BALDWIN J. LEE
ALEXANDER NESTOR
Attorneys for Defendants

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

819661.01/SF

-2-

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [PROPOSED] ORDER
TO CONTINUE MSC HEARING DATE

**ORDER**

Pursuant to the parties' Joint Stipulation, and Good Cause appearing therefor, the Court hereby orders that the settlement conference scheduled for March 14, 2012, is continued to ~~April 27, 2012~~. May 31, 2012 at 9:30 a.m. The Settlement Conference Order issued on March 7, 2011, Docket No. 15 remains in affect. Please report to 450 Golden Gate Ave, 15th Floor, Courtroom C, SF, CA 94102.

**IT IS SO ORDERED**.

Dated: March 30, 2012

HON. LAUREL BEELER

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
819661.01/SF

Case No. CV-10-04043 SBA (LB)
PARTIES' STIP AND [~~PROPOSED~~] ORDER
TO CONTINUE MSC HEARING DATE
-3-